# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**           Case No. 85-CR-135 (RTR)

**ARMANDO LEON PUERTA RESTREPO,**

    **Defendant.**

## ORDER

Based on the government's motion, the Court hereby GRANTS leave to dismiss without prejudice the indictment against the defendant, ARMANDO LEON PUERTA RESTREPO.

Date: March 29, 2007          s/ Rudolph T. Randa
                                                              HON. RUDOLPH T. RANDA
                                                              United States District Judge